**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Richard Acuna CORONADO,**
**Defendant–Appellant.**

**No. 97–50521.**
**D.C. No. CR–97–00016–AHS.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2001.[1]

Decided Aug. 30, 2001.

Before HAWKINS, TASHIMA, and GOULD, Circuit Judges.

## MEMORANDUM [2]

Appellant Richard Acuna Coronado pleaded guilty to one count of bank robbery, in violation of 18 U.S.C. § 2113(a). He filed a timely notice of appeal. While this appeal was pending, Coronado died. Coronado's attorney has now filed a motion to abate the appeal on Coronado's behalf.

"Death pending an appeal of a criminal conviction abates not only the appeal but all proceedings in the prosecution from its inception." *United States v. Oberlin*, 718 F.2d 894, 895 (9th Cir.1983).

Accordingly, we conclude that the appeal should be dismissed and the case remand-

ed to the district court to vacate the judgment and dismiss the indictment. *See id.* at 895–96.

APPEAL DISMISSED; CASE REMANDED WITH INSTRUCTIONS TO VACATE JUDGMENT AND DISMISS INDICTMENT.

---

* The Attorney General is substituted as the proper respondent. 8 U.S.C. § 1252(b)(2)(A).

** The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.